**DOCKET NUMBER:** ___24-cr-162 (EK) (CLP)___

**CRIMINAL CAUSE FOR** ___Pleading___

**BEFORE CHERYL L. POLLAK, U.S.M.J.**    **DATE:** 07/01/2024    **TIME IN COURT:** 25 Minutes

**DEFENDANT'S NAME:** ___Disheem Laquan Riley___
__x__ Present          _____ Not Present          __x__ Custody          _____ Not Custody

**DEFENSE COUNSEL:** ___Michael P. Padden___
__x__ Federal Defender          _____ CJA          _____ Retained

**A.U.S.A.:** ___Michael Joseph Castiglione___          **PRETRIAL/PROBATION:**

**COURT REPORTER**          **ESR OPERATOR**                    **LOG:** 09:40 - 10:05
_____                    __x__          ___Dominic Budetti___

**INTERPRETER:** None                    **LANGUAGE:** N/A

| | |
|---|---|
| _____ Arraignment | _____ Revocation of Probation – non-contested |
| __x__ Change of Plea Hearing (~*Util-Plea Entered*) | _____ Revocation of Probation – contested |
| _____ In Chambers Conference | _____ Sentencing – non-evidentiary |
| _____ Pre-Trial Conference | _____ Sentencing – contested |
| _____ Initial Appearance | _____ Revocation of Supervised Rel. – evidentiary |
| _____ Status Conference | _____ Revocation of Supervised Rel. – non-evidentiary |
| _____ Telephone Conference | _____ Voir Dire Begun |
| _____ Jury Selection | _____ Voir Dire Held |
| _____ Motion Hearing – evidentiary | |
| _____ Other Hearing: | |

__x__ Case called
__x__ Defendant:          [x] Sworn          [x] Informed of Rights
__x__ Defendant consents to have plea taken by a U.S. Magistrate Judge after being advised of the right to have the plea taken before a U.S. District Judge.
_____ Waiver of Indictment Executed
__x__ Defendant Withdraws Not Guilty Plea and Enters Plea of Guilty as Stated on the Record
__x__ Court Finds Factual Basis for the Plea
_____ Sentencing Set for:  To be set at a later date
__x__ Based on the proceedings held in open court, it is respectfully recommended that the Court: (1) find that the plea of guilty was made knowingly, and is voluntary and uncoerced; (2) find that there is a factual basis for the plea; and (3) accept the plea.
_____ Order of Excludable Delay Entered:    From                    To
_____ Order of Temporary Detention Entered

## TEXT

Case called. Defendant Disheem Laquan Riley present with Michael P. Padden (Federal Defenders). AUSA Michael Joseph Castiglione present for the government. Defendant consented to having plea taken by Magistrate Judge Pollak. Defendant pled guilty to Count 1 of the indictment (Threats to Use Explosives), 18 U.S.C. § 844(e). Judge Pollak recommends that Judge Komitee accept defendant's plea. Sentencing to be set at a later date.

**UTILITIES**

| | | |
|---|---|---|
| __x__ ~Util-Plea Entered | _____ ~Util-Add/Terminate Attorneys |
| _____ ~Util-Exparte Matter | _____ ~Util-Terminate Parties |
| _____ ~Util-Set/Reset Deadlines | _____ ~Util-Indictment Unsealed |
| _____ ~Util-Set/Reset Hearings | _____ ~Util-Information Unsealed |
| _____ ~Util-Set/Reset Deadlines/Hearings | _____ ~Util-Bond Set/Reset |
| _____ ~Util-Terminate Motions | _____ ~Util-Set/Reset Mot./R&R Deadlines/Hearings |