

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MJC
F. #2024R00098

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 11, 2024

By ECF

The Honorable Eric Komitee
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Disheem Laquan Riley
      Criminal Docket No. 24-162 (EK)

Dear Judge Komitee:

  On July 1, 2024, the defendant Disheem Laquan Riley pleaded guilty before the Honorable Cheryl L. Pollak, United States Magistrate Judge, to the sole count of the Indictment filed in the above-captioned matter. During this plea hearing, Judge Pollak recommended that the Court accept the defendant's guilty plea. See ECF No. 14 (Transcript at 24:16-18). By this letter, the government respectfully requests that the Court accept the defendant's guilty plea.

  The government encloses a proposed order as Exhibit A.

            Respectfully submitted,

            BREON PEACE
            United States Attorney

        By: /s/ Michael J. Castiglione
            Michael J. Castiglione
            Assistant U.S. Attorney
            (718) 254-7533

Enclosure
cc: Clerk of the Court (EK) (by ECF)
   Michael Padden, Esq. (by ECF)

# Exhibit A

MJC
F. #2024R00098

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

- against -

DISHEEM LAQUAN RILEY,

           Defendant.

– – – – – – – – – – – – – – – – –X

ORDER ACCEPTING GUILTY PLEA

24-CR-162 (EK)

Upon review of the transcript of the guilty plea that the defendant DISHEEM LAQUAN RILEY offered on July 1, 2024, before the Honorable Cheryl L. Pollak, United States Magistrate Judge, in the above-captioned matter, this Court finds that the defendant pleaded guilty knowingly and voluntarily, and that a factual basis supports the defendant's plea.

IT IS HEREBY ORDERED that the defendant's guilty plea offered on July 1, 2024 before Judge Pollak is accepted.

Dated: Brooklyn, New York

    _____, 2024

 

_____
THE HONORABLE ERIC KOMITEE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK