MJC
F. #2024R00098

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – –X

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER ACCEPTING GUILTY PLEA |
| - against - | |
| DISHEEM LAQUAN RILEY, | 24-CR-162 (EK) |
| Defendant. | |

– – – – – – – – – – – – – – – – –X

Upon review of the transcript of the guilty plea that the defendant DISHEEM LAQUAN RILEY offered on July 1, 2024, before the Honorable Cheryl L. Pollak, United States Magistrate Judge, in the above-captioned matter, this Court finds that the defendant pleaded guilty knowingly and voluntarily, and that a factual basis supports the defendant's plea.

IT IS HEREBY ORDERED that the defendant's guilty plea offered on July 1, 2024 before Judge Pollak is accepted.

Dated: Brooklyn, New York

   January 24 , 2025

/s/ Eric Komitee
_____
THE HONORABLE ERIC KOMITEE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK